IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No.  06-cv-01992-REB-BNB

STEVEN RICO, an individual,

Plaintiff,

v.

RIO GRANDE EMPLOYEE HOSPITAL ASSOCIATION,

Defendant.

_____

**ORDER**
_____

The parties appeared this morning for a scheduling conference.  The proposed scheduling order was refused for the reasons stated on the record.

IT IS ORDERED that the parties shall prepare a revised proposed scheduling order modified as discussed today and submit it to the court on or before **December 11, 2006**.

Dated December 6, 2006.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge