IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

---

Civil Action No. 06-cv-01992-REB-BNB          Date: April 12, 2007
Courtroom Deputy: Geneva D. Mattei            FTR BNB COURTROOM A401

---

STEVEN RICO,                                  Jose Ramirez

        Plaintiff,

v.

RIO GRANDE EMPLOYEE HOSPITAL                  Cynthia Coleman
ASSOCIATION,                                  Miranda Hawkins

        Defendants.

---

### COURTROOM MINUTES

---

**HEARING: MOTIONS**

Court in Session:    9:00 a.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED:** **Defendant's motion for protective order(3/9/07 #17) is granted in part and denied in part. Supplemental responses due on or before April 23, 2007. Discovery cut-off is extended to and including May 15, 2007. Dispositive motion deadline is extended to and including May 29, 2007.**

Court in Recess    9:18 a.m.    Hearing concluded.

Total time in court:    00:18