IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-01992-REB-BNB

STEVEN RICO, an individual,

Plaintiff,

v.

RIO GRANDE EMPLOYEE HOSPITAL ASSOCIATION,

Defendant.
_____

## ORDER
_____

This matter is before me on the defendant's **Motion for Protective Order** [Doc. # 17, filed 3/9/2007] (the "Motion"). I held a hearing on the Motion this morning and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion is GRANTED IN PART and DENIED IN PART, as follows:

GRANTED with respect to Interrogatory No. 4. That discovery shall not be had; and

DENIED in all other respects.

IT IS FURTHER ORDERED that the defendant shall make a supplemental discovery response consistent with this order on or before **April 23, 2007**.

IT IS FURTHER ORDERED that the discovery cut-off is extended to and including **June 15, 2007**.

Dated April 12, 2007.

                                         BY THE COURT:

                                         s/ Boyd N. Boland
                                         United States Magistrate Judge