## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Robert E. Blackburn

Civil Action No. 06-cv-01992-REB-BNB

STEVEN RICO, an individual,

    Plaintiff,

v.

RIO GRANDE EMPLOYEE HOSPITAL ASSOCIATION,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter comes before the court on the **Stipulated Motion for Dismissal With Prejudice** [#28], filed July 5, 2007.  After careful review of the motion and the file, the court has concluded that the motion should be granted and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulated Motion for Dismissal With Prejudice** [#28], filed July 5, 2007, is **GRANTED**;

2. That this action **IS DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs; and

3. That the trial to the court set to commence March 24, 2008, is **VACATED**.

Dated July 6, 2007, at Denver, Colorado.

        **BY THE COURT:**

        **s/ Robert E. Blackburn**
        **Robert E. Blackburn**
        **United States District Judge**